# 999IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel*, Mazen Shaheen, M.D., <br><br>    Plaintiff, <br><br>v. <br><br>VIA CHRISTI HEALTH, INC., KANSAS HEART HOSPITAL, L.L.C., CARDIOVASCULAR CONSULTANTS OF KANSAS, P.A., BASSEM M. CHEHAB, M.D., JASON T. TAUKE, M.D., and JOHN DOES 1 through 99, <br><br>    Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) **CASE NO.: 2:16-cv-02766-CM-JPO** |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Plaintiff-Relator Mazen Shaheen, M.D. ("Relator" or "Dr. Shaheen"), pursuant to Rule 41(a)(1) hereby stipulates to **DISMISSAL WITHOUT PREJUDICE** of all claims made in this lawsuit against Defendant John Does 1 through 99.

Dated: June 22, 2018

Respectfully submitted,

**MILLER SCHIRGER, LLC**

BY: /s/ *Thomas L. Wagstaff*
  John J. Schirger  D. Kan. # 78228
  Matthew W. Lytle  D. Kan. # 78109
  Thomas L. Wagstaff  KS Bar # 19511
  4520 Main Street, Suite 1570
  Kansas City, Missouri 64111
  Telephone: (816) 561-6500
  Facsimile: (816) 561-6501
  E-mail: jschirger@millerschirger.com
  E-mail: mlytle@millerschirger.com
  Email: twagstaff@millerschirger.com

*ATTORNEYS FOR PLAINTIFF AND RELATOR MAZEN SHAHEEN, M.D.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the above was sent electronically via the Court's CM/ECF filing system and e-mail this 22nd day of June 2018, to:

Amy O. Garrigues – Pro Hac Vice
Laetitia L. Cheltenham – Pro Hac Vice
Hall Render Killian Heath & Lyman, PLLC – NC
3015 Carrington Mill Boulevard, Suite 450
Morrisville, NC 27560
Telephone:  919-447-4961
Fax:  844-801-5883
E-mail:  agarrigues@hallrender.com
E-mail:  lcheltenham@hallrender.com
**Attorneys for Defendant Via Christi Health, Inc.**

David A. French – Pro Hac Vice
Matthew J. Paradiso – Pro Hac Vice
Hall Render Killian Heath & Lyman, PLLC
201 W. Big Beaver Road, Suite 1200
Troy, MI 48084
Telephone:  248-457-7813
Fax: 248-740-7501
E-mail:  dfrench@hallrender.com
E-mail:  mparadiso@hallrender.com
**Attorneys for Defendant Via Christi Health, Inc.**

Don D. Gribble, II
Randy J. Troutt
Hite, Fanning & Honeyman, LLP
100 N. Broadway, Suite 950
Wichita, KS 67202-2209
Telephone:  316-265-7741
Fax:  316-267-7803
E-mail:  gribble@hitefanning.com
E-mail:  troutt@hitefanning.com
**Attorneys for Defendant Via Christi Health, Inc.**

Erin C. Thompson
Morgan Pilate LLC
926 Cherry Street
Kansas City, MO 64106
Telephone:  816-471-6694
E-mail:  ethompson@morganpilate.com
**Attorneys for Defendant Kansas Heart Hospital, L.L.C.**

Joelle H. Dvir – Pro Hac Vice
McDonald Hopkins, LLC – Miami
200 S. Biscayne Blvd., Suite 2600
Miami, FL 33131
Telephone:  305-704-3986
Fax:  305-704-3999
E-mail:  jdvir@mcdonaldhopkins.com
**Attorneys for Defendant Kansas Heart Hospital, L.L.C.**

Richard H. Blake – Pro Hac Vice
McDonald Hopkins, LLC – Cleveland
600 Superior Avenue, East, Suite 2100
Cleveland, Ohio 44114
Telephone:  216-348-5400
Fax:  216-348-5474
E-mail:  rblake@mcdonaldhopkins.com
**Attorneys for Defendant Kansas Heart Hospital, L.L.C.**


Brian L. White
Gregory S. Young
Jeffrey Kuhlman
Hinkle Law Firm LLC – East Wichita Office
1617 North Waterfront Parkway, Suite 400
Wichita, KS 67206-6639
Telephone:  316-660-6200
Telephone: 316-267-2000
Fax:  316-660-6024
Fax:  316-630-8466
E-mail:  bwhite@hinklaw.com
E-mail:  gyoung@hinklaw.com
E-mail:  jkuhlman@hinklaw.com
**Attorneys for Defendant Cardiovascular Consultants of Kansas, P.A.**

Clayton J. Kaiser
Gary L. Ayers
Foulston Siefkin LLP – Kansas
1551 N. Waterfront Parkway – Suite 100
Wichita, KS 67206-4466
Telephone:  316-291-9539
Telephone: 316-267-6371
Fax:  316-267-6345
Fax:  866-346-1938
E-mail:  ckaiser@foulston.com
E-mail:  gayers@foulston.com
**Attorneys for Defendant Bassem M. Chehab, M.D.**
**Attorneys for Defendant Jason T. Tauke, M.D.**

3

Jon P. Fleenor
Office of United States Attorney - Kansas City
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Telephone:  913-551-6730
Fax:  913-551-6541
E-mail:  jon.fleenor@usdoj.gov
**Attorney for United State of America ex rel.**


　　　　　　　　　　　　　　　　　　　　　　　/s/ *Thomas L. Wagstaff*　　　　　　　　　

4